IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARLAND STEWART, | ) | CASE NO. 8:17-CV-00211 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL WITH PREJUDICE |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties that the above-captioned action be dismissed, with prejudice, each party to pay their own costs, and complete record waived (Filing #25). The Court, being fully advised in the premises, finds that such an order should be entered. Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs and complete record waived.

Dated this 26th day of February, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Senior United Stated District Judge

#663880